Case 0:18-cv-60240-JEM Document 1 Entered on FLSD Docket 02/02/2018 Page 1 of 5

Filed by LS D.C.

Feb 2, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **18-60240-CV-MARTINEZ/SNOW**

JAMES W SCOTT

    Plaintiff,

vs.

ALBERTELLI LAW PARTNERS, LLC,
TRAVIS BAILEY,
DONISHA WEIGHTMAN

    Defendants    /

## COMPLAINT

Plaintiff, James W Scott sues Defendants, Albertelli Law Partners, LLC, Travis Bailey, and Donisha Weightman, and for his Complaint alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692 et seq.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. §1692; and 28 U.S.C. §1331.

3. Venue is proper in this District pursuant to 28 U.S.C. §1391(b) because the Plaintiff resides here and the Defendants conduct business in this District.

4. All conditions precedent to the bringing of this action have been performed.

### PARTIES

5. The Plaintiff in this lawsuit is James W Scott, a natural person, who resides in Broward County, Florida.

6. At all times relevant to this Complaint, Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692(a)(3).

7. Defendant Albertelli Law Partners, LLC, is a Florida LLC authorized to do business in Broward County in the state of Florida and who's Registered Agent is: James E Albertelli PA, 208 N Laura Street, Suite 900, Jacksonville, Florida 32202, and is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6).

8. Defendant Albertelli Law Partners, LLC is a law firm in the business of collecting debts.

9. Defendant Travis Bailey is an attorney licensed to practice in Florida, who upon information and belief is an employee of Albertelli Law Partners, LLC, and was hired or directed to collect a debt through litigation from Plaintiff.

10. Travis Bailey regularly collects and/or attempts to collect defaulted consumer debts from individuals via litigation and is thus a debt collector as that term is defined at 15 U.S.C. §1692a(6) of the FDCPA.

11. Defendant Donisha Weightman is an attorney licensed to practice in Florida, who upon information and belief is an employee of Albertelli Law Partners, LLC, and was hired or directed to collect a debt through litigation from Plaintiff.

12. Donisha Weightman regularly collects and/or attempts to collect defaulted consumer debts from individuals via litigation and is thus a debt collector as that term is defined at 15 U.S.C. §1692a(6) of the FDCPA.

13. Collectively "DEFENDANTS".

14. DEFENDANTS regularly collects or attempts to collect debts from consumers.

15. At all times relevant to this Complaint, DEFENDANTS, regularly uses the mail and telephone in a business for the purpose of collecting consumer debts.

16. At all times relevant to this Complaint, DEFENDANTS, were acting as debt collectors with respect to the collection of Plaintiff's alleged debt.

17. Any alleged debt herein is defined as a consumer debt under 15 U.S.C. §1692a(5).

18. The alleged debt is not in question here. Only the fact as to how it was not validated and the wrongful actions of the DEFENDANTS in their attempts to collect an alleged debt.

## FACTUAL ALLEGATIONS

19. On August 23, 2017, a foreclosure lawsuit was filed against the Plaintiff.

20. This lawsuit was filed by another law firm. This firm was Robertson, Anshutz & Schneid.

21. On November 3, 2017, Plaintiff filed a motion to dismiss the complaint.

22. On November 9, 2017, DEFENDANTS filed a notice into the case indicating that they were listing themselves as co-counsel.

23. On November 28, 2017, Plaintiff received a letter from DEFENDANTS in the form of a "dunning" letter. This letter stated that they were debt collectors and the Plaintiff has 30 days to dispute the validity of the debt. *SEE EXHIBIT 1.*

24. On December 22, 2017, Plaintiff sent DEFENDANTS a debt validation letter via certified mail. *SEE EXHIBIT 2.*

25. The DEFENDANTS received this letter on December 26, 2017. *SEE EXHIBIT 3.*

26. On December 31, 2017, DEFENDANTS filed a notice of hearing into the case

in reference to Plaintiff's motion to dismiss. *SEE EXHIBIT 4.*

27. DEFENDANTS never contacted the Plaintiff in regards to setting this hearing and they never provided any validation of the alleged debt that Plaintiff had disputed. This was in violation of 15 U.S.C. §1692g(B).

28. On January 16, 2018, the hearing was held and the DEFENDANTS were in attendance as counsel representing the mortgage company. *SEE EXHIBIT 5.*

29. No validation of the alleged debt that Plaintiff had disputed was provided, nor any acknowledgement of it was made to the Plaintiff. This was in violation of 15 U.S.C. §1692g(B), §1692e(2) and §1692e(5).

30. On January 31, 2018, the DEFENDANTS filed a notice into the court in reference to a case management conference without providing validation of the alleged debt that Plaintiff had disputed. This was in violation of 15 U.S.C. §1692g(B). *SEE EXHIBIT 6.*

## **COUNT 1**

## **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANTS: ALBERTELLI LAW PARTNERS LLC; TRAVIS BAILEY AND DONISHA WEIGHTMAN**

31. Paragraphs 1 through 30 are re-alleged as though fully set forth herein.

32. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

33. DEFENDANTS are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

34. DEFENDANTS violated 15 U.S.C. §1692e(2) by falsely representing the character, amount, or legal status of any debt.

35. DEFENDANTS violated 15 U.S.C. §1692e(5) by threatening to take any action that cannot be legally taken.

36. DEFENDANTS violated 15 U.S.C. §1692g(B) by failing to cease collection efforts after receiving consumers dispute and demand for validation, and failing to validate or verify the alleged debt while continuing collection efforts.

**WHEREFORE,** Plaintiff demands judgment against Defendants: Albertelli Law Partners, LLC; Travis Bailey and Donisha Weightman for:

(A) Statutory damages of $1,000 per Defendant payable by Defendants pursuant to 15 U.S.C. §1692k;

(B) Fees and costs pursuant to 15 U.S.C. §1692k;

(C) For attorney's fees, if any, and other relief as may be just and proper pursuant to 15 U.S.C. §1692k.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: February 2, 2018
Respectfully submitted

_____
James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
954-540-0408
Jwsscott777@gmail.com