Filed by ___ D.C.

**Feb 2, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

## 18-60240-CV-MARTINEZ/SNOW

# EXHIBIT 1

# A | LAW

PO Box 23028, Tampa, FL, 33623
Phone: 813.221.4743 | Fax: 813.221.9171 | alaw.net

November 28, 2017

| | |
|---|---|
| Principal Balance: | $287,308.32 |
| Interest through date above: | $4,640.25 |
| | |
| Escrow Advances: | $6,295.56 |
| Corporate Advances: | $5,415.65 |
| Outstanding Attorney's Fees & Costs: | $0.00 |
| Total Claim: | $303,659.78 |

James W. Scott
3457 Deer Creek Palladian Circle
Deerfield Beach, FL 33442

RE: Property: 3457 Deer Creek Palladian Circle, Deerfield Beach, FL 33442
Loan Number: 0010088737
Albertelli File Number: 17-024779

Dear Sir/Madam:

Albertelli Law represents 360 MORTGAGE GROUP LLC, the creditor and servicer of a loan related to the property at 3457 Deer Creek Palladian Circle, Deerfield Beach, FL 33442 and this communication is governed by the Fair Debt Collection Practices Act "FDCPA", 15 USCS §§ 1692 et seq. As of today's date, our records indicate that based upon the terms of the Promissory Note and Mortgage associated with this loan, you owe the Total Claim amount listed above. An itemization of the unpaid balance, unliquidated damages and other contractual costs are provided above. Also, the terms of the Promissory Note and Mortgage also entitle the creditor to recover attorney's fees and costs which is the Outstanding Attorney's Fees & Costs listed above. Per the FDCPA:

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

All correspondence with our firm should be directed to the following address: **Albertelli Law, P.O. Box 23028, Tampa, FL 33623**

**IF YOU ARE CURRENTLY PURSUING LOSS MITIGATION WITH THE CREDITOR OR A DEBTOR IN BANKRUPTCY:**

Please be advised that if you are currently pursuing loss mitigation with the creditor, or a debtor in bankruptcy or have been discharged in bankruptcy, this letter is provided to you for informational purposes to notify you of our Firm's legal retention. You should consult legal counsel regarding your obligations, if any, to pay the mortgage loan. If you previously received a discharge in a bankruptcy case involving this loan and did not sign a reaffirmation agreement, then this letter is not an attempt to collect a debt from you personally. This law firm is

seeking solely to foreclose the creditor's lien on real estate and this law firm will not be seeking a personal money judgment against you.

Sincerely,
Albertelli Law

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# EXHIBIT 2

December 22, 2017, 2017

USPS Certified Mail # 70170530000079105618

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Fl 33442

**Albertelli Law**
P.O. Box 23028
Tampa, Fl 33623

Re: Acct # 0010088737 (17-024779)

To Whom It May Concern:

This letter is being sent to you in response to a notice sent to me on November 28, 2017.  Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

I dispute the alleged debt in its entirety. I demand that you provide me with a complete chain of title to the alleged debt including the name and address of the original creditor, the name and address of any and all subsequent creditors, the name and address of the current creditor, and complete validation of the amount of the alleged debt.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney's fees.

Sincerely,

James W Scott

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ _____ | |
| ☐ Return Receipt (electronic) $ _____ | Postmark |
| ☐ Certified Mail Restricted Delivery $ _____ | Here |
| ☐ Adult Signature Required $ _____ | |
| ☐ Adult Signature Restricted Delivery $ _____ | |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Sent To *Albertelli Law*

Street and Apt. No., or PO Box No. *P.O. Box 23028*

City, State, ZIP+4® *Tampa, FL 33623*

7017 0530 0000 7910 5618

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

The UPS Store - #4455
6511 Nova Drive
Davie, FL 33317
(954) 475-0994

12/22/17  02:01 PM

We are the one stop for all your
shipping, postal and business needs.

001 008237 (022)
First Class Package
Tracking# 70170530000079105618

TO $   6.35

SubTotal  $   6.35
Total  $   6.35

Cash  $   7.00
Change  $   0.65-

Receipt ID 830077497190298884A 001 Items
CSH: JAY          Tran: 3423 Reg: 001

Track your packages at our website!
www.theupsstorelocal.com/4455

Whatever your business and personal
needs, we are here to serve you.

US Postal Rates Are Subject to Surcharge

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

# EXHIBIT 3

Add a tracking number



**70170530000079105618**

**Delivered:**
TAMPA, FL 33630 on
December 26, 2017 at 8:42…

**Expected Delivery on:**
Tuesday, December 26, 2017
by 8:00pm

**UPDATED 2/2/2018 2:02 PM**

# EXHIBIT 4

Filing # 65953814 E-Filed 12/31/2017 03:51:20 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL ACTION

CASE NO.: CACE17016167
DIVISION:

360 MORTGAGE GROUP, LLC,
     Plaintiff,

vs.

JAMES W SCOTT, et al.
     Defendant(s),

_____/

## NOTICE OF HEARING

     PLEASE TAKE NOTICE that **Defendant, Marisol Andrade's, Motion to Dismiss Complaint & Defendant, James Scott's, Motion to Dismiss Complaint** will be called up for hearing before The Honorable Judge Presiding Judge, of the above-styled Court in Chambers in the Broward County Courthouse 201 S.E. 6th Street, Courtroom 14160, Ft. Lauderdale, FL 33301 on **January 16, 2018 at 1:30 p.m.,** or as soon thereafter as counsel may be heard.

     **PLEASE BE GOVERNED ACCORDINGLY. TIME RESERVED: FIVE MINUTES**

     **I HEREBY CERTIFY** that a good faith attempt to resolve this matter was made prior to my noticing this motion for hearing or will be made before the hearing takes place if so required, and the issues before the Court may be heard and resolved by the Court within five (5) minutes. A true and correct copy of the foregoing has been furnished by U.S. Mail or by eService to all parties listed on the attached service list on this _____ day December, 2017.

By: _____

Florida Bar No.
Albertelli Law
P O Box 23028
Tampa, FL 33623
(813) 221-4743
(866) 606-5136 – Judge Line
eService: servealaw@albertellilaw.com

Donisha Weightman, Esq.
Florida Bar #1

DG - 17-024779

## **See Americans with Disabilities Act**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 470, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

# EXHIBIT 5

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CIVIL DIVISION

NO. CACE17016167


360 MORTGAGE GROUP, LLC,

        Plaintiff,

vs.

JAMES W. SCOTT, et al.,

        Defendants.

_____/


      TRANSCRIPT OF PROCEEDINGS in the
above-entitled matter before the Hon. Joel Lazarus,
Circuit Court Judge, in Courtroom 14160, Broward County
Judicial Complex, West Building, 201 Southeast Sixth
Street, Ft. Lauderdale, Florida, on Tuesday, January 16,
2018, commencing at 2:00 p.m.

          - - - - -

APPEARANCES:

       ALBERTELLI LAW,
       (By:  MR. TRAVIS BAILEY),
       P.O. Box 23028,
       Tampa, Florida  33623,
       on behalf of the Plaintiff.


       MR. GEORGE BOORAS,
       1679 Garden Avenue,
       Melbourne, Florida  32934,
       on behalf of Defendant Marisol Andrade.


       MR. JAMES W. SCOTT,
       PRO SE.


- - - - - -

# EXHIBIT 6

Filing # 67336419 E-Filed 01/31/2018 04:21:48 PM

17-024779

**IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
GENERAL CIVIL DIVISION**

360 MORTGAGE GROUP, LLC
Plaintiff(s),

Case#:  CACE17016167

vs.

Division:

JAMES W SCOTT, et al,
Defendant(s).

_____/

**PLAINTIFF'S NOTICE OF SERVICE OF CASE MANAGEMENT ORDER**

Plaintiff gives Notice of Service of Case Management Order and states that the following have been notified via mail or electronic mail as specified on the attached service list.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties on the attached service list by mail or eService on this _____ day of January, 2018.

By: _____
ALBERTELLI LAW
P.O. Box 23028
Tampa, Florida 33623
Telephone:      (813) 221-4743
Facsimile:      (813) 221-9171
eService:  servealaw@albertellilaw.com

- 17-024779

Donisha Weightman, **Esq.**
Florida Bar #