# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-60240-CV-MARTINEZ/SNOW

Plaintiff:
**James W. Scott,**

vs.

Defendant:
**Albertelli Law Partners, LLC,**

For:
James Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442

FILED BY _____ D.C.
FEB 28 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.


VPS2018001146

Received by Vause's Process Service on the 5th day of February, 2018 at 2:17 pm to be served on **Albertelli Law Partners, LLC, 208 N Laura Street, Suite 900, Jacksonville, FL 32202.**

I, Elsa "Shelly" M Hudson, do hereby affirm that on the **9th day of February, 2018 at 10:55 am, I:**

Served a CORPORATION by delivering a true copy of the **Summons, Civil Cover Sheet, Amended Complaint, and Exhibits** with the date and hour of service endorsed thereon by me, to: **Carrie Blosser** as **Receptionist,** an employee who is authorized to accept service for **Albertelli Law Partners, LLC,** in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of: **225 Water Street, Suite 1800, Jacksonville, FL 32202,** and informed said person of the contents therein, in compliance F.S. 48.081(3)(a).

**Additional Information pertaining to this Service:**
2/6/2018  11:30 am  Attempted service at 208 N Laura Street, Suite 900, Jacksonville, FL 32202, refuse to accept service stated it has to go to the registered agent Smith Hulsey & Busey at 225 Water Street Suite 1800 Jacksonville Florida 32202

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 115, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that I have read the foregoing and that the facts stated in it are true and correct; notary not required pursuant to FS 92.525 (2).

Elsa "Shelly" M Hudson
890

**Vause's Process Service**
**P O Box 1777**
**Tallahassee, FL 32302**
**(850) 656-2605**

Our Job Serial Number: VPS-2018001146

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p