## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

```
FILED BY _____ D.C.

    FEB 28 2018

  STEVEN M. LARIMORE
  CLERK U.S. DIST. CT.
  S.D. OF FLA. FT. LAUD.
```

Case Number: 18-60240-CV-MARTINEZ/SNOW

Plaintiff:
**James W. Scott,**

vs.

Defendant:
**Albertelli Law Partners, LLC,**


VPS2018001146

For:
James Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442

Received by Vause's Process Service on the 5th day of February, 2018 at 2:17 pm to be served on **James E. Albertelli C/O Registered Agent Smith, Husley & Bulsey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.**

I, Elsa "Shelly" M Hudson, do hereby affirm that on the **9th day of February, 2018** at **10:55 am, I:**

Served a CORPORATION by delivering a true copy of the **Summons, Civil Cover Sheet, Amended Complaint, and Exhibits** with the date and hour of service endorsed thereon by me, to: **Carrie Blosser** as **Receptionist,** an employee who is authorized to accept service for **James E. Albertelli,** in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of: **225 Water Street, Suite 1800, Jacksonville, FL 32202,** and informed said person of the contents therein, in compliance F.S. 48.081(3)(a).

**Additional Information pertaining to this Service:**
2/6/2018 11:30 am Attempted service at 208 N Laura Street, Suite 900, Jacksonville, FL 32202, refuse to accept service stated it has to go to the registered agent Smith Hulsey & Busey at 225 Water Street Suite 1800 Jacksonville Florida 32202

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 115, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that I have read the foregoing and that the facts stated in it are true and correct; notary not required pursuant to FS 92.525 (2).

_____
Elsa "Shelly" M Hudson
890

**Vause's Process Service**
P O Box 1777
Tallahassee, FL 32302
(850) 656-2605

Our Job Serial Number: VPS-2018001146

Copyright © 1992-2018 Database Services, Inc - Process Server's Toolbox V7.2p