UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60240-CIV-MARTINEZ/Snow

JAMES W. SCOTT,

      Plaintiff,

v.

ALBERTELLI LAW PARTNERS, LLC, TRAVIS
BAILEY, DONISHA WEIGHTMAN and JAMES E.
ALBERTELLI,

      Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte*. The Honorable Jose E. Martinez has referred this case for a ruling on all pretrial proceedings, including for ruling on all pre-trial non-dispositive matters, and for Report and Recommendation on all dispositive matters. (ECF No. 7) A review of the docket reveals that although Defendants Albertelli Law Partners, LLC, Donisha Weightman and James E. Albertelli have been served, none have timely responded to Plaintiff's Complaint. Plaintiff has not moved for a Clerk's Entry of Default pursuant to Fed.R.Civ.P. 55(a) as to these Defendants. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Plaintiff shall, on or before March 23, 2018, show cause why the undersigned should not recommend that the Plaintiff's complaint be dismissed, without prejudice, for lack of prosecution as to Defendants Albertelli Law Partners, LLC, Donisha Weightman and James E. Albertelli.

DONE AND ORDERED at Fort Lauderdale, Florida, this 16th day of March, 2018.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties