UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-CV-60240-MARTINEZ/Snow

FILED BY _____ D.C.
MAR 19 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

JAMES W SCOTT

    Plaintiff,

vs.

ALBERTELLI LAW PARTNERS, LLC,
TRAVIS BAILEY, DONISHA WEIGHTMAN
and JAMES E. ALBERTELLI,

    Defendants    /

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, James W Scott, hereby files his response to this Court's March 16, 2018 Order to Show Cause [Doc 15] "why this case should not be dismissed for lack of prosecution, due to the non-filing of a Clerk's Entry of Default" and respectfully states as follows:

1. On February 2, 2018, Plaintiff filed the instant case against Defendants.

2. On February 7, 2018, Plaintiff filed an Amended Complaint to include additional Party.

3. On February 20, 2018 and February 28, 2018, Plaintiff filed proof of process service into the case. All Defendants, except Travis Bailey were served at that time.

4. On February 28, 2018, Plaintiff received a call from an attorney of Albertelli Law Group in an attempt to discuss settlement.

5. Plaintiff has not heard back from the attorney and has been engaged in hiring various Process service companies to have the remaining Defendant, Travis Bailey, served.

6. The final Defendant, Travis Bailey was finally served on March 13, 2018 and Plaintiff is waiting for the process service company to issue their affidavit to enter into the docket.

7. Plaintiff agrees that none of the three Defendants that were properly served, responded neither timely or not responded at all to the Complaint.

8. Plaintiff has therefore, without further delay or consideration for the Defendants, filed an Application to Clerk for Entry of Default.

Wherefore, Plaintiff respectfully requests that the Court refrain from dismissing this action.

Dated: March 19, 2018
Respectfully submitted

*/s/ James W Scott*

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
954-540-0408
Jwsscott777@gmail.com