FILED BY _____ D.C.

MAR 19 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-CV-60240-MARTINEZ/Snow

JAMES W SCOTT

    Plaintiff,

vs.

ALBERTELLI LAW PARTNERS, LLC,
TRAVIS BAILEY, DONISHA WEIGHTMAN
and JAMES E. ALBERTELLI,

    Defendants    /

### AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND AS TO ALBERTELLI LAW PARTNERS, LLC, DONISHA WEIGHTMAN AND JAMES E. ALBERTELLI

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is the Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That Plaintiff on February 2, 2018 filed in this action a Complaint against the Defendants, Albertelli Law Partners, LLC, Donisha Weightman and James E. Albertelli;

3. That the summons for Albertelli Law Partners, LLC and Donisha Weightman was issued in this matter on February 2, 2018;

4. That the summons for James E. Albertelli was issued in this matter on February 7, 2018;

5. That the summons for Donisha Weightman issued in this matter was served on Defendant February 6, 2018;

6. That the summons for Albertelli Law Partners, LLC issued in this matter was served on Defendant, through its registered agent, Smith Hulsey and Busey, on February 9, 2018;

7. That the summons for James E. Albertelli issued in this matter was served on Defendant,

through its registered agent, Smith Hulsey and Busey, on February 9, 2018;

8. That not less than 21 days have elapsed since service of the Summons and Complaint upon Defendants;

9. That examination of the Court files and records in this action shows that the Defendants have failed to plead or otherwise defend as to Plaintiff's Complaint;

10. That this Affidavit is executed by the affiant herein for the purpose of enabling Plaintiff to obtain an Entry of Default against Albertelli Law Partners, LLC, Donisha Weightman and James E. Albertelli for failure to plead or otherwise defend as to Plaintiff's Complaint.

James W Scott (Affiant)

Subscribed and sworn to before me this 19th day of March, 2018.

Franzie S. Williams, Notary Public

Notary Public State of Florida
Franzie Williams
My Commission FF 180365
Expires 12/02/2018

State of Florida
instrument was acknowledged this 19 
March by J. Scott who personally appeared before me and acknowledged that he/she signed the instrument voluntarily for the purpose expressed in it.
Signature of Notary Public
Franzie Williams
Print, type or stamp Commissioned Name of Notary Public

Dated: March 19, 2018
Respectfully submitted

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
954-540-0408
Jwsscott777@gmail.com