FILED BY _____ D.C.

MAR 19 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 18-CV-60240-MARTINEZ/Snow

JAMES W SCOTT

    Plaintiff,

vs.

ALBERTELLI LAW PARTNERS, LLC,
TRAVIS BAILEY, DONISHA WEIGHTMAN
and JAMES E. ALBERTELLI,

    Defendants    /

### APPLICATION TO CLERK FOR ENTRY OF DEFAULT AS TO ALBERTELLI LAW PARTNERS, LLC, DONISHA WEIGHTMAN AND JAMES E. ALBERTELLI

    Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default for the Plaintiff against Albertelli Law Partners, LLC, Donisha Weightman and James E. Albertelli (Defendants) for failure of said Defendants to plead or otherwise defend. Said failure of Defendants to plead or otherwise defend is set forth in the affidavit immediately following this Application.

    Dated: March 19, 2018
    Respectfully submitted

    James W Scott
    3457 Deercreek Palladian Circle
    Deerfield Beach, Florida 33442
    954-540-0408
    Jwsscott777@gmail.com