**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JAMES W. SCOTT

              PLAINTIFF(S)

          v.

ALBERTELLI LAW PARTNERS, LLC, et al.,

             DEFENDANT(S).

CASE NUMBER
  0:18−cv−60240−JEM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead

to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Albertelli Law Partners, LLC**
**James E. Albertelli**
**Donisha Weightman**

as of course, on the date March 20, 2018.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  _/s/ Jeffrey Adams__
Deputy Clerk

cc:  Judge Jose E. Martinez
    James W. Scott
    3457 Deercreek Palladian Circle

    Deerfield Beach, FL
33442

CV–37 (10/01)