### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| JAMES W. SCOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 0:18-cv-60240-JEM |
| ALBERTELLI LAW PARTNERS, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT STIPULATION TO VACATE CLERK'S DEFAULT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants as follows:

1. The Clerk's Entry of Default dated March 20, 2018 (Document 19) is hereby vacated.

2. Plaintiff agrees to grant Defendants ten (10) days to file a response.

IT IS FURTHER STIPULATED AND AGREED that; (1) this Stipulation may be executed in counterparts, and (2) facsimile signatures shall have the same force and effect as the originals.

Respectfully submitted this 23rd day of March, 2018.

1

/s/ Rafael J. Solernou. Jr., Esq.
Rafael J. Solernou, Jr., Esquire
Bar Number: 86579
JAMES E. ALBERTELLI, PA
P.O. Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Fascimile: (813) 221-9171
Email: rsolernou@albertellilaw.com
eService: servealaw@albertellilaw.com
Attorneys for Defendants, James E. Albertelli, P.A.,
and Donisha Weightman

James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida, 33442
*Pro Se* Plaintiff

2

## Certificate of Service

I HEREBY CERTIFY that on March 23, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all counsel of record, and *via* U.S. Mail to James Scott, 3457 Deercreek Palladian Circle, Deerfield Beach, Florida, 33442, *Pro Se* Plaintiff.

/s/ Rafael J. Solernou, Jr., Esquire