# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

| | |
|---|---|
| JAMES W. SCOTT, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 0:18-cv-60240-JEM |
| ALBERTELLI LAW PARTNERS, LLC, ) et al. | |
| ) | |
| Defendants. ) | |

## AGREED ORDER UPON CONSENT
## STIPULATION TO VACATE CLERK'S DEFAULT

THIS CAUSE having come before the Court regarding the Consent Stipulation to Vacate Clerk's Default, and upon the agreement of the parties and the Court having reviewed the Consent Stipulation, the file, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

1. The Consent Stipulation to Vacate Clerk's Default is GRANTED by agreement.
2. The Clerk's Entry of Default dated March 20, 2018 (Document 19) is hereby vacated.
3. The Plaintiff agrees to grant Defendants to file a response within ten (10) days from the date of this Order.

DONE AND ORDERED this _____ day of _____.

_____
U.S. District Judge

Copies to:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
eService: servealaw@albertellilaw.com

James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442

All parties listed on the attached service list