UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60240-CIV-MARTINEZ/Snow

JAMES W. SCOTT,

    Plaintiff,

v.

ALBERTELLI LAW PARTNERS, LLC, TRAVIS BAILEY, DONISHA WEIGHTMAN and JAMES ALBERTELLI,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Vacate Clerk's Default (ECF No. 20), which was referred to Lurana S. Snow, United States Magistrate Judge. The Plaintiff has stipulated to the relief sought. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendants' Motion to Vacate Clerk's Default (ECF No. 20) is GRANTED.

2. The Clerk's Entry of Default dated March 20, 2018 (ECF No. 19) is VACATED.

3. Defendants shall respond to Plaintiff's complaint on or before April 2, 2018.

DONE AND ORDERED at Fort Lauderdale, Florida, this 26th day of March, 2018.

                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties