UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60240-CIV-MARTINEZ/Snow

JAMES W. SCOTT,

    Plaintiff,

v.

ALBERTELLI LAW PARTNERS, LLC, TRAVIS BAILEY, DONISHA WEIGHTMAN and JAMES E. ALBERTELLI,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte*. The Honorable Jose E. Martinez has referred this case for a ruling on all pretrial proceedings, including for ruling on all pre-trial non-dispositive matters, and for Report and Recommendation on all dispositive matters. (ECF No. 7) A review of the docket reveals that although Defendant Travis Bailey has been served, he has not timely responded to Plaintiff's Complaint. Plaintiff has not moved for a Clerk's Entry of Default pursuant to Fed.R.Civ.P. 55(a) as to this Defendant. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Plaintiff shall, on or before April 11, 2018, show cause why the undersigned should not recommend that the Plaintiff's complaint be dismissed, without prejudice, for lack of prosecution as to Defendant Travis Bailey.

DONE AND ORDERED at Fort Lauderdale, Florida, this 4th day of April, 2018.

                                                                                      LURANA S. SNOW
                                                                                      UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties