UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:18-CV-60240-MARTINEZ/SNOW

JAMES W SCOTT

    Plaintiff,

vs.

ALBERTELLI LAW PARTNERS, LLC,
TRAVIS BAILEY,
DONISHA WEIGHTMAN,
JAMES E ALBERTELLI, PA

    Defendants    /

FILED BY _____ D.C.
APR 11 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, James W. Scott, hereby files his response to this Court's April 4, 2018 Order to Show Cause [Doc 25] "why this case should not be dismissed for lack of prosecution, due to the non-filling of a Clerk's Entry of Default" and respectfully states as follows:

1. On February 2, 2018, Plaintiff filed the instant case against Defendants.
2. Defendant, Travis Bailey was served on March 13, 2018 [Doc 22].
3. Defendant's time to respond or plead to the Complaint was April 3, 2018.
4. On April 2, 2018, Defendant's counsel filed a motion to dismiss [Doc 24].
5. On this motion, the title caption listed "et al" which indicated to Plaintiff that counsel was representing all the Defendants.
6. On April 4, 2018, the Order to Show Cause was entered into the docket.
7. Plaintiff contacted the Clerk of Court to get clarification on April 5, 2018.
8. The Clerk informed Plaintiff that Defendant failed to "link" Travis Bailey when they filed the motion to dismiss. Plaintiff cannot see this from his perspective of Pacer.

9. Plaintiff contacted the Defendant's counsel in regards to this.

10. Defendant's counsel informed Plaintiff that they are representing Travis Bailey and they will look into making the appropriate corrections per the docket entry.

11. Plaintiff does not feel that the mistake by Defendant's counsel was intentional to warrant a motion to Clerks Entry of Default.

**Wherefore**, Plaintiff respectfully requests that the Court refrain from dismissing this action and allow the Defendant's counsel to correct the mistake. In the alternative, if Defendant fails to correct the problem, Plaintiff requests the Court to allow Plaintiff to move for Clerk's Entry of Default.

April 11, 2018

Respectfully submitted

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
954-540-0408
Jwsscott777@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2018, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

James W Scott

## SERVICE LIST

Rafael J. Solernou, Jr., Esquire
Florida Bar No. 86579
James E. Albertelli, P.A.
P.O. Box 23028
Tampa, Florida 33623
813-221-4743 Telephone
813-221-9171 Fax
Eservice: servealaw@albertellilaw.com
Eservice: rsolernou@albertellilaw.com

Attorneys for Defendant