UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60240-CIV-MARTINEZ/Snow

JAMES W. SCOTT,

    Plaintiff,

v.

ALBERTELLI LAW PARTNERS, LLC, TRAVIS
BAILEY, DONISHA WEIGHTMAN and JAMES
E. ALBERTELLI,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court *sua sponte*. A review of the docket reveals that Rafael J. Solernou, Jr., Esquire of James E. Albertelli, P.A. has filed a motion to dismiss on unspecified Defendants' behalf. (ECF No. 24) Mr. Solernou previously identified himself of James E. Albertelli, P.A. as the attorney for Defendants James E. Albertelli, P.A. and Donisha Weightman in connection with a consent stipulation to vacate the default entered against James E. Albertelli, Albertelli Law Partners, LLC and Donisha Weightman. (ECF No. 20) When it appeared that Defendant Travis Bailey failed to answer or otherwise defend himself in this action, and Plaintiff failed to move for a Clerk's entry of default, the undersigned entered an order to show cause why the Plaintiff's complaint against Mr. Bailey should not be dismissed for failure to prosecute. (ECF No. 25) In response, on April 11, 2018, Plaintiff explained that "Defendant's counsel" informed him that he was representing Travis Bailey and would take appropriate action to link Travis Bailey to the Defendants' motion to dismiss[1]. (ECF No. 26) As of this date, Defendants' counsel has not taken

---

[1] Although it is unclear to whom Plaintiff spoke, the Court assumes that it was someone with the law firm of James E. Albertelli, P.A.

corrective action, and it is unclear from the record which Defendants James E. Albertelli, P.A. represents. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants' counsel shall forthwith file a Notice of Appearance clearly identifying which Defendants it is representing in this case.

DONE AND ORDERED at Fort Lauderdale, Florida, this 18th day of April, 2018.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties