UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60240-CIV-MARTINEZ/Snow

JAMES W. SCOTT,

      Plaintiff,

v.

ALBERTELLI LAW PARTNERS, LLC,
TRAVIS BAILEY, DONISHA WEIGHTMAN,
and JAMES E. ALBERTELLI,

      Defendants.

_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court *sua sponte*. On April 18, this Court directed defense counsel to clarify which Defendants were being represented in this case. No such clarification has been filed, nor has defense counsel filed a reply brief to the Motion to Dismiss (ECF No. 24).

Based on the above, it is

ORDERED AND ADJUDGED that Defendants shall before May 2, 2018, either file a reply brief or file a statement indicating that no reply brief will be filed.

FURTHER, in light of the failure of Defendant Travis Bailey to appear either through counsel or *pro se*, it is ORDERED AND ADJUDGED that Plaintiff shall show cause before May 9, 2018, why his Complaint against Travis Bailey should not be dismissed for failure to prosecute.

DONE AND ORDERED at Fort Lauderdale, Florida, this 26th day of April, 2018.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record and Pro Se Parties