UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:18-CV-60240-MARTINEZ/SNOW

JAMES W SCOTT

    Plaintiff,

vs.

ALBERTELLI LAW PARTNERS, LLC,
TRAVIS BAILEY,
DONISHA WEIGHTMAN,
JAMES E ALBERTELLI, PA

    Defendants    /



**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

    Plaintiff, James W. Scott, hereby files his response to this Court's April 26, 2018 Order to Show Cause [Doc 29] "why this case should not be dismissed for lack of prosecution, due to the non-filling of a Clerk's Entry of Default" and respectfully states as follows:

1. On February 2, 2018, Plaintiff filed the instant case against Defendants.
2. Defendant, Travis Bailey was served on March 13, 2018 [Doc 22].
3. Defendant's time to respond or plead to the Complaint was April 3, 2018.
4. On April 2, 2018, Defendant's counsel filed a motion to dismiss [Doc 24].
5. On this motion, the title caption listed "et al" which indicated to Plaintiff that counsel was representing all the Defendants.
6. On April 4, 2018, an Order to Show Cause was entered into the docket.
7. Plaintiff contacted the Clerk of Court to get clarification on April 5, 2018.
8. The Clerk informed Plaintiff that Defendant failed to "link" Travis Bailey when they filed the motion to dismiss. Plaintiff cannot see this from his perspective of Pacer.

9. Plaintiff contacted the Defendant's counsel in regards to this.

10. Defendant's counsel informed Plaintiff that they are representing Travis Bailey and they will look into making the appropriate corrections per the docket entry.

11. On April 18, 2018, an Order was entered for Defendant's counsel to indicate by notice of appearance which of the Defendants they represent in this case. [D.E. 28]

12. On April 26, 2018, an Order to Show Cause was issued since Defendant's counsel has not complied with the previous Order. [D.E. 29]

13. This Order to Show Cause was also directed to Plaintiff as it pertains to Travis Bailey.

14. In light of the Defendant's lack of response to plead or otherwise defend, Plaintiff has filed an application for Clerk's Entry of Default as to Travis Bailey.

**Wherefore**, Plaintiff respectfully requests that the Court refrain from dismissing this case against the Defendants.

May 8, 2018

Respectfully submitted

_____
James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
954-540-0408
Jwsscott777@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

James W Scott

## SERVICE LIST

Rafael J. Solernou, Jr., Esquire
Florida Bar No. 86579
James E. Albertelli, P.A.
P.O. Box 23028
Tampa, Florida 33623
813-221-4743 Telephone
813-221-9171 Fax
Eservice: servealaw@albertellilaw.com
Eservice: rsolernou@albertellilaw.com

Attorney for Defendants