**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JAMES W. SCOTT

PLAINTIFF(S)

v.

ALBERTELLI LAW PARTNERS, LLC, et al.,

DEFENDANT(S).

CASE NUMBER
0:18−cv−60240−JEM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Travis Bailey**

as of course, on the date May 9, 2018.

**STEVEN M. LARIMORE**
CLERK OF COURT

By *_/s/ Lorraine Sandelin_*
Deputy Clerk

cc: Judge Jose E. Martinez
James W. Scott
3457 Deercreek Palladian Circle

Deerfield Beach, FL
33442

CV−37 (10/01)