UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 18-60240-CIV-MARTINEZ-SNOW

JAMES W. SCOTT,

    Plaintiff,

vs.

ALBERTELLI LAW PARTNERS, LLC,
TRAVIS BAILEY, DONISHA WEIGHTMAN,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation on all dispositive matters [ECF No. 7]. Magistrate Judge Snow filed a Report and Recommendation [ECF No. 35], recommending that (1) Defendants' Motion to Dismiss be DENIED and (2) Defendants' Motion to Strike Jury Demand be DENIED. The Court has reviewed the entire record and is otherwise fully advised in the premises. This Court also notes that no objections to the Report and Recommendation [ECF No. 35] have been filed to date. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Snow's Report and Recommendation [ECF No. 35] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Defendants' Motion to Dismiss is **DENIED** for the reasons set forth in Magistrate Judge Snow's Report and Recommendation [ECF No. 35].

2. Defendants' Motion to Strike Jury Demand is **DENIED** for the reasons set forth in Magistrate Judge Snow's Report and Recommendation [ECF No. 35].

3. This Court will issue an Order Requiring Joint Scheduling Report by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of August, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record
James W. Scott, *pro se*